UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  C.R. No. 09-125 S

CRISTPHER ABREU-QUERO

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 1, 2011 (ECF #14), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Defendants' Motion to Proceed without Prepayment of Fees (ECF #13) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 12/20/11